IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WALTER BURRIS                              :
                                           :
    Plaintiff(s)                          :
                                           :  Case Number: 1:06-cv-00516
vs.                                        :
                                           :  Senior District Judge S. Arthur Spiegel
JOSEPH T. DETERS                           :
                                           :
    Defendant(s)                          :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that plaintiff's complaint is DISMISSED for failure to state a claim for relief. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Court's Order would not be taken in good faith.

8/16/06                                                James Bonini, Clerk


                                                s/Kevin Moser
                                                Kevin Moser
                                                Deputy Clerk

Dockets.Justia.com