IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER BURRIS : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:06-cv-00516 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| JOSEPH T. DETERS : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that plaintiff's complaint is DISMISSED for failure to state a claim for relief.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Court's Order would not be taken in good faith.

8/16/06                                                                                              James Bonini, Clerk


                                                                                                     s/Kevin Moser
                                                                                                     Kevin Moser
                                                                                                     Deputy Clerk